IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EMMANUEL MACRON and BRIGITTE MACRON ______________________________,
Plaintiff(s),

v. Case No.______________________

CANDACE OWENS ______________________________,
Defendant(s).

**FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT**
**(Diversity Jurisdiction)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a)(2), and in compliance with Local Rule 7.01(b), this disclosure statement is filed by ______Emmanuel Macron______. The filer acknowledges the continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is an individual, who resides in ______France______.

2. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of ______N/A______ with a principal place of business in the state of ______N/A______.

3. This party or intervenor is a privately held corporation, incorporated in the state of ______N/A______ with a principal place of business in the state of ______N/A______. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

N/A
______________________________________________________________________

______________________________________________________________________.

4. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES ___X___ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

______________________________________________________________________
______________________________________________________________________.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES  __X__ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

________________________________________

________________________________________.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES  __X__ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

________________________________________

________________________________________.

7. Is this party or intervenor a limited liability company or limited liability partnership?

____ YES  __X__ NO

If the answer is YES, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

____ YES, this party or intervenor is a __________________________.  __X__ NO

If the answer is YES, identify **on attached page(s)** the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?

____ YES  __X__ NO

If the answer is YES, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is not an individual person, the required information identifying ownership interests and state of citizenship of each sub-trustee must be provided as well.

**Any additional pertinent information must also be provided on attached page(s).**

Date: 11/4/2026

Signature: s/Joseph R. Oliveri

Printed Name: Joseph R. Oliveri (TN Bar Member; TN BPR No. 040012)

Title: Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]**