IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EMMANUEL MACRON and BRIGITTE MACRON ,
Plaintiff(s),

v. Case No.____________

CANDACE OWENS ,
Defendant(s).

**FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT**
**(Diversity Jurisdiction)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a)(2), and in compliance with Local Rule 7.01(b), this disclosure statement is filed by Brigitte Macron. The filer acknowledges the continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is an individual, who resides in France.

2. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of N/A with a principal place of business in the state of N/A.

3. This party or intervenor is a privately held corporation, incorporated in the state of N/A with a principal place of business in the state of N/A. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

N/A

4. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES X NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES X NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

______________________________________________
______________________________________________.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES X NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

______________________________________________
______________________________________________.

7. Is this party or intervenor a limited liability company or limited liability partnership?

____ YES X NO

If the answer is YES, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

____ YES, this party or intervenor is a ______________________. X NO

If the answer is YES, identify **on attached page(s)** the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?

____ YES X NO

If the answer is YES, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is not an individual person, the required information identifying ownership interests and state of citizenship of each sub-trustee must be provided as well.



Case 3:26-cv-01765 Document 3 Filed 11/05/26 Page 2 of 4 PageID #: 417

**Any additional pertinent information must also be provided on attached page(s).**

Date: 11/4/2026

Signature: s/Joseph R. Oliveri

Printed Name: Joseph R. Oliveri (TN Bar Member; TN BPR No. 040012)

Title: Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]**